IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:16-CR-433-WKW |
| | ) | [WO] |
| WALTER ADAM WILLIS | ) | |

**ORDER**

Before the court is Defendant's *pro se* motion for early termination of supervised release. (Doc. # 30.) The Government, after consultation with Mr. Willis's supervising probation officer, does not oppose the motion. (Doc. # 33.) For the reasons to follow, the motion is due to be granted.

Under 18 U.S.C. § 3583(e)(1), the court may terminate a term of supervised release under specified conditions. The defendant must have completed one year of supervised release, and the court must find, after considering various factors in 18 U.S.C. § 3553(a), that "such action is warranted by the conduct of the defendant released and the interest of justice." § 3583(e)(1).

Mr. Willis has served more than three years of his five-year term of supervised release. The court also has weighed the applicable § 3553(a) factors—particularly the nature and circumstances of Mr. Willis's offense and his history and characteristics. After fully considering the statutory requirements, and there being

no objection to the motion, the court finds that the interest of justice and the totality of Mr. Willis's conduct warrant early termination of his term of supervised release.

Accordingly, it is ORDERED that Mr. Willis's motion for early termination of supervised release (Doc. # 30) is GRANTED and that his previously imposed term of supervised release is TERMINATED as of this date.

DONE this 27th day of October, 2021.

                                          /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE